ORIGINAL

MYLES S. BREINER   4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii 96813
Telephone:   (808) 526-3426
Facsimile:    (808) 566-0347
e-mail: mbreiner@hawaii.rr.com

Attorney for Defendant
OK CHA YI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at 3 o'clock and __ min __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 04-00321SOM-01 |
|---|---|
| v. | ) |
| OK CHA YI, | ) NOTICE OF MOTION; |
|  | ) DEFENDANT OK CHA YI'S MOTION |
|  | ) TO CONTINUE SENTENCING; |
| Defendant. | ) DECLARATION OF COUNSEL; |
|  | ) CERTIFICATE OF SERVICE |
|  | ) |
|  | ) Sentencing date: February 13, 2006 |
|  | ) Time:  3:00 p.m. |
|  | ) Judge: The Hon. S. Mollway |

NOTICE OF MOTION

To:   KENNETH SORENSON
      Assistant U.S. Attorney
      Office of the U.S. Attorney
      6100 PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the attached motion will be heard before the

Honorable **SUSAN MOLLWAY**, in her courtroom in the United States Courthouse Building,

300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, the _____ day of _____, 2006, at _____ o'clock ____.m. or as soon thereafter as counsel can be heard.

Dated:   Honolulu, Hawaii _____2/8_____, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
OK CHA YI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00321SOM-01 |
| | ) | |
| v. | ) | DEFENDANT OK CHA YI'S |
| | ) | MOTION TO CONTINUE |
| OK CHA YI, | ) | SENTENCING |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

DEFENDANT OK CHA YI'S MOTION TO CONTINUE SENTENCING

Defendant OK CHA YI, by and through her undersigned counsel, MYLES S. BREINER, does hereby moves this Honorable Court to continue Defendant's sentencing, presently set for February 13, 2006.

Dated:   Honolulu, Hawaii  2/8  , 2006.

_____
MYLES S. BREINER

Attorney for Defendant
OK CHA YI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 04-00321SOM-01 |
| ) | |
| v. ) | |
| ) | |
| OK CHA YI, ) | |
| ) | DECLARATION OF COUNSEL |
| Defendant. ) | |
| ) | |
| _____ ) | |

DECLARATION OF COUNSEL

I, MYLES S. BREINER, declares as follows:

1. I am the counsel of record for Defendant Ok Cha Yi in the above-captioned matter.

2. Defendant's sentencing is presently set for February 13, 2006 at 3:00 p.m., before the Hon. Susan Mollway.

3. Counsel is requesting continuation of the Defendant's sentencing date because of on-going third-party cooperation that could significantly impact on the Government's decision to file a Motion for Downward Departure, and the Court's final determination of an appropriate sentence.

4. Counsel has discussed the matter of continuing Defendant's sentencing date with AUSA Ken Sorenson, and the Government has no objection to a reasonable continuance to allow for completion of the third-party cooperation.

5.  Based on the foregoing Defendant, respectfully requests the Court continue Defendant's sentencing to a latter date in the year.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _____2/6_____, 2005.

_____
MYLES S. BREINER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00321SOM-01 |
| | ) | |
| v. | ) | |
| | ) | |
| OK CHA YI, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was duly served upon the following paryt(ies) via **hand delivery** on _____, 2006.

TO:   KENNETH SORENSON
Assistant U.S. Attorney
Office of the U.S. Attorney
6100 PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96813

Dated:   Honolulu, Hawaii _____2/8_____, 2006.

_____
MYLES S. BREINER