IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00321 SOM |
| | ) | |
| Plaintiffs, | ) | ORDER DENYING DEFENDANT |
| | ) | OK CHA YI'S MOTION TO |
| vs. | ) | CONTINUE SENTENCING |
| | ) | |
| OK CHA YI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT OK CHA YI'S
MOTION TO CONTINUE SENTENCING

Sentencing in this case was originally set for July 2005, then
continued to November 2005. Sentencing was further continued to February 13,
2006. Defendant Ok Cha Yi now moves for a further continuance. The
continuance motion refers to anticipated matters, but nothing in the motion
suggests that those anticipated matters somehow cannot be addressed in post-
sentencing proceedings. The motion to continue is denied. This denial is

consistent with the position that judges in this district have taken that, to the extent possible, sentencings will proceed as scheduled.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii; February 9, 2006.

                          Susan Oki Mollway
                          United States District Judge